B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: __Laverne Crayton__   Case No. __11 B 06937__
         Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $ __74.75__ on or before __3/22/11__
>
> $ __74.75__ on or before __4/22/10__
>
> $ __74.75__ on or before __5/20/11__
>
> $ __74.75__ on or before __6/16/11__
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____.
>                                                    (address of courthouse)
>
> IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: 2/25/11

/s/ Pamela S. Hollis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| ) | |
| ) | Bankruptcy Case No.: 11 B 06937 |
| ) | |
| Laverne Crayton, ) | |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Josephine Green, Relief Courtroom Deputy, certify that on February 25, 2011, I caused copies of the attached **Order on Application for Waiver of the Chapter 7 Filing Fee** dated February 25, 2011 to be served to the parties listed below via First Class Mail (**) or via electronically the Court's electronic notification system to:

*Debtor*

**Laverne Crayton (**)**
7660 Monroe, Fl 2
Forest Park, IL 60130

*Trustee*

**N. Neville Reid**
Fox, Heftner et al
200 W. Madison Street
Suite 3000
Chicago, IL 60606

*U.S. Trustee*

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Dated: February 25, 2011

_____
Josephine Green
Relief Courtroom Deputy